**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |  |
|---|---|---|
| **RUBEN SANCHEZ** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil Action No. 3:13-cv-3837-O** |
| | § | |
| **WELLS FARGO BANK, N.A. and** | § | |
| **BANK OF AMERICA, N.A.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendants Bank of America, N.A. and Wells Fargo Bank N.A., as Trustee for the Park Place Securities, Inc., Asset-Backed Pass Through Certificates, Series WCW2's Motion to Dismiss (ECF No. 5) is hereby **GRANTED** and Plaintiff's claims against Defendants are hereby **DISMISSED with prejudice**.

**SO ORDERED** on this **21st day** of **March, 2014.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**